CHARLES J. LIEBMAN and Others v. AUTO STROP COMPANY and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GOTTFRIED C. KRUEGER v. A. W. MORRIS, Impleaded, etc.— Motion granted and appellant's time to file record and points extended to September 15, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GOTTFRIED C. KRUEGER v. A. W. MORRIS, Impleaded, etc.— Motion granted and appellant's time to file record extended to September 15, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SID BLAKE v. AGNES D. CLOUD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CARL R. SCHULTZ, etc., v. ORLA RUBSAMEN, etc., and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROSE TRITSCHLER v. STEPHEN TRITSCHLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BENJAMIN FOSTER v. HARRIS STRUCTURAL STEEL Co., INC.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE A. COLVIN v. JULES CHARMATZ and Another, Defendants, Impleaded with HENRY J. SCHNITZER.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE A. COLVIN v. HENRY J. SCHNITZER.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GIOVANNINA AUGI v. WILLIAM GERSTEL and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of JACOB HURWITZ.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

TRIANGLE RADIO SUPPLY Co., INC., v. DEFOREST RADIO TELEPHONE AND TELEGRAPH Co.— Motion for reargument granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of FRANK B. VERMILYA, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of AARON MARCUS, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MARY SHEA, as Administratrix, etc., of JOSEPH SHEA, Deceased, Appellant, v. TURNER CONSTRUCTION COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.; Dowling and McAvoy, JJ., dissenting.

JAMES DORAN, Appellant, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.; Smith, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM AISENSTEIN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.; Dowling and Smith, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IDA ALTSITZER,